**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

URBAN AERONAUTICS LIMITED |
                  Plaintiff, |
v. |     Civil Action No:
                                    |     2:24-cv-903
SHENZHEN DJI SCIENCES AND |
TECHNOLOGIES LTD |
                Defendant |
  |

**PLAINTIFF'S**
**CERTIFICATE OF INTERESTED PERSONS**

Plaintiff Urban Aeronautics Limited hereby certifies its interested persons and discloses affected corporate entities.

**(1)** The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

| | |
|---|---|
| Plaintiff | Urban Aeronautics Limited |
| | There is no public corporation owning 10% of more of Plaintiff. |
| Defendant | Shenzhen DJI Sciences and technologies LTD |
| Defendant affiliated | |
| entities | DJI Technology, Inc |
| | DJI Creative Studio, LLC; |
| | DJI Service, LLC; |
| | DJI Research, LLC; |
| | DJI Industrial, Inc. and |
| | DJI Inc. |
| | with locations in New York;  California;  Delaware and Georgia. |

Plaintiff does not know the extent of the ownership interest of defendant.

**(2)** The undersigned further certifies that the following is a full and complete list of all

other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Attorneys for Plaintiff                    Joseph J. Zito
                                           Benjanin C Deming
                                            of DNL ZITO


June 2, 2024                               Respectfully Submitted

                                            */s/ Joseph J. Zito*
                                           Joseph J. Zito
                                           DNL ZITO
                                           1250 Connecticut Avenue, NW, Suite 700
                                           Washington, DC 20036
                                           202-466-3500
                                           jzito@dnlzito.com

                                           *Attorneys for UAL*


CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement* was filed via the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the appropriate parties and opposing counsel of record.

November 6, 2024                            /s/ Joseph J. Zito
                                           Joseph J. Zito

-2-