# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| URBAN AERONAUTICS LIMITED | |
| Plaintiff, | |
| v. | Civil Action No. 2:24-cv-00903 |
| SZ DJI TECHNOLOGY CO., LTD | |
| Defendant. | |

## JOINT MOTION TO DISMISS

Plaintiff Urban Aeronautics Limited ("Plaintiff") and Defendant SZ DJI Technology Co. Ltd. ("Defendant") (together, "parties") respectfully request that the Court dismiss with prejudice all claims for relief brought by Plaintiff against Defendant in the above-captioned action styled *Urban Aeronautics Limited v. SZ DJI Technology Co., Ltd.,* Civil Action No. 2:24-cv-00903-JRG (the "Litigation"). The parties request that all attorneys' fees, costs of court, and other expenses incurred in the Litigation be borne by each party incurring same.

1

Dated: July 3, 2025

Respectfully submitted,

/s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email:  melissa@gillamsmithlaw.com

**Attorney for Defendant**
**SZ DJI Technology Co. Ltd.**

/s/ Joseph J. Zito
Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW, Suite 700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

**Attorneys for UAL**

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and counsel for Defendant have complied with the meet and confer requirement in Local Rule CV-7(h) regarding this Motion on July 3, 2025. The Parties are in agreement and are seeking joint relief.

/s/ Melissa R. Smith
Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 3, 2025.

/s/ Melissa R. Smith
Melissa R. Smith

3